PEOPLE v HOGANS, No. 151402; Court of Appeals No. 324521. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for reconsideration of the defendant's November 7, 2014 delayed application for leave to appeal under the

standard applicable to direct appeals. Counsel was timely requested and appointed on direct review, but waited until only two months remained before expiration of the time for seeking leave to appeal, MCR 7.205(F), before moving to withdraw for lack of appealable issues, without following the proper procedure under *Anders v California*, 386 US 738; 87 S Ct 1396; 18 L Ed 2d 493 (1967). Counsel was permitted to withdraw with approximately one month left in the direct review period. New counsel did raise issues on the defendant's behalf; however, new counsel was not appointed until after the deadline. Accordingly, whether from ineffective assistance of counsel or delays in the trial court, the defendant was deprived of his direct appeal. See *Roe v Flores-Ortega*, 528 US 470, 477; 120 S Ct 1029; 145 L Ed 2d 985 (2000); *Peguero v United States*, 526 US 23, 28; 119 S Ct 961; 143 L Ed 2d 18 (1999). We do not retain jurisdiction.